Decided May 2, 1996

BEVERLY SCOVISH, ADMINISTRATRIX (ESTATE OF WALTER SCOVISH) *v.* THE UPJOHN COMPANY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 15618) is denied.

*R. Cornelius Danaher, Jr.*, and *Vincent A. Errante, Jr.*, in support of the petition.

*Angelo A. Ziotas*, in opposition.

Decided May 9, 1996